**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



NOTICE OF ORDER ON MOTION

| | |
|---|---|
| Cause number: | 01-14-00056-CV |
| Style: | ODS International, Inc. and Richard Hancock |
| | **v** Archer Tubular Services, LLC f/k/a Allis- Chalmers Tubular Services, LLC |
| Date motion filed[*]: | March 17, 2014 |
| Type of motion: | Appellants' Verified Motion To Disregard Certain Testimony In The Trial Record; Or In The Alternative, To Supplement The Record on Appeal |
| Party filing motion: | Appellant |
| Document to be filed: | |

If motion to extend time:

Deadline to file document: _____

Number of previous extensions granted: _____

Length of extension sought: _____

Ordered that motion is:

☐      Granted
        If document is to be filed, document due:

        ☐   The Clerk is instructed to file the document as of the date of this order
        ☐   Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☑      Denied

☐      Dismissed (*e.g.*, want of jurisdiction, moot)

Appellants' "Verified Motion To Disregard Certain Testimony In The Trial Record; Or In The Alternative, To Supplement The Record on Appeal" is **denied**. Although Rules 34.5(c) and 34.6(d) of the Texas Rules of Civil Procedure allow supplementation of the record with pre-existing records from the trial court, Appellants fail to provide any authority authorizing this court to modify the record by either (1) disregarding certain testimony in the trial record or (2) allowing appellant to supplement the record with documents that were not part of the trial record.

Judge's signature: /s/ Jane Bland
               ☑ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date: April 1, 2014